AO 247 (Rev. 03/19) - Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:22-cr-00160-ADA-BAM   Document 27   Filed 03/12/24   Page 1 of 2

# UNITED STATES DISTRICT COURT
## for the
EASTERN District of CALIFORNIA

United States of America )
v. )
MIKE MARTY HERNANDEZ )  Case No: 1:22-cr-00160-NODJ-BAM
)
)  USM No: 05614-510
Date of Original Judgment: 2/06/2023 )
Date of Previous Amended Judgment: )  Peggy Sasso
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 37 months **is reduced to** 30 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/06/2023 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/11/2024

CHIEF UNITED STATES DISTRICT JUDGE

Effective Date: Ten days from the date of this order.
*(if different from order date)*

Kimberly L. Mueller
Chief United States District Judge
*Printed name and title*

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: MIKE MARTY HERNANDEZ
CASE NUMBER: 1:22-cr-00160-NODJ-BAM
DISTRICT: EASTERN DISTRICT OF CALIFORNIA

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

Previous Total Offense Level: 17          Amended Total Offense Level: 17
Criminal History Category: IV             Criminal History Category: III
Previous Guideline Range: 37 to 46 months   Amended Guideline Range: 30 to 37 months

**II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

**III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a)** *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*