HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MIKE MARTY HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE MARTY HERNANDEZ,<br><br>Defendant. | Case No. 1:22-cr-00160-DAD-BAM<br><br>ORDER FOR RELEASE<br><br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY ORDERED that defendant MIKE MARTY HERNANDEZ (USM# 05614-510), shall be released from the custody of the United States Marshalls forthwith. This Court has dismissed the supervised release violation petition pursuant to the government's Motion for same. He is currently housed at the Fresno County Jail.

IT IS SO ORDERED.

Dated:  **July 15, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE