MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MIKE MARTY HERNANDEZ,<br><br>  Defendant. | CASE NO. 1:22-cr-160-DAD-BAM<br><br>UNITED STATES' MOTION AND ORDER FOR DISMISSAL |

The United States now moves to dismiss the Petition for Warrant or Summons (Dkt. 29) in the above captioned case filed on June 30, 2025, without prejudice in the interest of justice.

Dated: July 14, 2025                    MICHELE BECKWITH
                                        Acting United States Attorney

                              By:       /s/ Antonio J. Pataca
                                        ANTONIO J. PATACA
                                        Assistant U.S. Attorney

1

Order

The Court hereby orders that the Petition for Warrant or Summons (Dkt. 29), filed on June 30, 2025, be DISMISSED WITHOUT PREJUDICE

IT IS SO ORDERED.

Dated: **July 14, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE